HARRY R. BRIDGMAN and HARRIETT R. BRIDGMAN, His Wife, Respondents, v. VILLAGE OF HAMBURG, Appellant.— Judgment so far as appealed from modified on the facts by extending the time for the payment of damages to and including the 1st day of June, 1940, and as modified affirmed, with costs to the respondents. Memorandum: This action was brought for damages past and permanent and the referee has determined the amount of the damages. We see no reason why they should be separated, as the damages, whether past or permanent, are damages. When the village pays these damages, of course it will be entitled to maintain this plant as though there had been a condemnation proceeding, but to raise the money it will be necessary to have a longer time than as already fixed by the judgment and we, therefore, modify the judgment by extending the time to pay or tender the damages to and including the 1st day of June, 1940. All concur. (The judgment is for plaintiffs in an injunction action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

EDWARD FAHR and GEORGIA FAHR, His Wife, Respondents, v. VILLAGE OF HAMBURG, Appellant.— Same decision and like cause of action as in companion case last above. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

ETHEL W. FRANCIS, Respondent, v. VILLAGE OF HAMBURG, Appellant.— Same decision and like cause of action as in companion case last above. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

LOUIS BUGGENHAGEN and ANNA BUGGENHAGEN, His Wife, Respondent, v. VILLAGE OF HAMBURG, Appellant.— Same decision and like cause of action as in companion case last above. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

MATILDA HARTZELL, Respondent, v. VILLAGE OF HAMBURG, Appellant.— Same decision and like cause of action as in companion case last above. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

CHARLES F. ZIMMERMAN and LYDIA K. DENT, Respondents, v. VILLAGE OF HAMBURG, Appellant.— Same decision and like cause of action as in companion case last above. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Respondent, v. THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. Memorandum: We find in the record sufficient competent proof, within the terms of the forgery bond issued by the defendant, to establish a loss by plaintiff in the amount awarded to it and resulting from its acceptance of a note bearing a forged indorsement which it accepted in good faith and in exchange for property sold and delivered by it. All concur. (The judgment is for plaintiff in an action under a forgery insurance bond.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.